# Griffin, Stephanie M.

| | |
|---|---|
| **From:** | Griffin, Stephanie M. |
| **Sent:** | Thursday, February 13, 2014 4:10 PM |
| **To:** | 'Cheryl Mclean'; santiagojuarezlaw@gmail.com; Santiago Juarez (santiago@santiagojuarezlaw.com) |
| **Cc:** | Cash, Paul |
| **Subject:** | RE: Estate of Jerry Perea |
| **Attachments:** | Initial Disclosure Rules.pdf |

Ms. Mclean

I am giving you a one week by which to submit your clients' Initial Disclosures, which include executed medical releases. Per our conversation today, during which I read the local rule to you, Initial Disclosures include the releases, identification of witnesses, identification of exhibits, and disclosure of medical/mental health providers. For your convenience, I am attaching a copy of Rule 26 of the Federal Rules of Civil Procedure and a copy of LRDNM Civ. 26.3 for your reference.

Thank you for your cooperation. I look forward to receiving the Initial Disclosures by February 20th.


Stephanie M. Griffin
Assistant City Attorney
City of Albuquerque Legal Department
Litigation Division
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500

Note: This e-mail is confidential and it is intended solely for the use of those to whom it is addressed. It may contain information that is privileged and exempt from disclosures under the law. The unauthorized disclosure or interception of e-mail is a federal crime. See 18 U.S.C. § 2517(4). If you have received this e-mail in error or are not the intended recipient, do not distribute or copy. Please delete immediately and e-mail confirmation to the sender. Thank you.


**From:** Cheryl Mclean [mailto:chrymcln@cs.com]
**Sent:** Thursday, February 13, 2014 3:32 PM
**To:** Griffin, Stephanie M.
**Subject:** Re: Estate of Jerry Perea

Ms. Griffin,

This will confirm our conversation today in which you agree to a one week extension to allow me time to have my client come in and sign the releases and Mr. Juarez time to have his client come in and sign.

Thank you,

Cheryl McLean
914 Lomas Blvd. NW
Albuquerque, NM 87102
505-243-7343


EXHIBIT B

1

505-243-5265 fax
-----Original Message-----
From: Griffin, Stephanie M. <SGriffin@cabq.gov>
To: santiagojuarezlaw <santiagojuarezlaw@gmail.com>; santiago <santiago@santiagojuarezlaw.com>; chrymcln <chrymcln@cs.com>
Cc: Cash, Paul <pcash@cabq.gov>
Sent: Thu, Feb 13, 2014 1:32 pm
Subject: RE: Estate of Jerry Perea

Mr. Juarez and Ms. McLean

I have not received your clients' Initial Disclosures as requested in my February 7, 2014 letter to you. Consequently, I have drafted the attached motion to compel which I will be filing if I do not received your Initial Disclosures before 12:00 p.m. on Friday, February 14, 2014.


Stephanie M. Griffin
Assistant City Attorney
City of Albuquerque Legal Department
Litigation Division
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500

Note: This e-mail is confidential and it is intended solely for the use of those to whom it is addressed. It may contain information that is privileged and exempt from disclosures under the law. The unauthorized disclosure or interception of e-mail is a federal crime. See 18 U.S.C. § 2517(4). If you have received this e-mail in error or are not the intended recipient, do not distribute or copy. Please delete immediately and e-mail confirmation to the sender. Thank you.

---

**From:** Griffin, Stephanie M.
**Sent:** Tuesday, February 11, 2014 6:11 PM
**To:** 'santiagojuarezlaw@gmail.com'; 'Santiago Juarez (santiago@santiagojuarezlaw.com)'; 'Cheryl Mclean (chrymcln@cs.com)'
**Cc:** Cash, Paul
**Subject:** RE: Estate of Jerry Perea

Mr. Juarez and Ms. McLean

Please see the attached letter in regards to scheduling witness depositions.


Stephanie M. Griffin
Assistant City Attorney
City of Albuquerque Legal Department
Litigation Division
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500

Note: This e-mail is confidential and it is intended solely for the use of those to whom it is addressed. It may contain information that is privileged and exempt from disclosures under the law. The unauthorized disclosure or interception of e-mail is a federal crime. See 18 U.S.C. § 2517(4). If you have received this e-mail in error or are not the intended recipient, do not distribute or copy. Please delete immediately and e-mail confirmation to the sender. Thank you.

---

**From:** Griffin, Stephanie M.
**Sent:** Friday, February 07, 2014 5:28 PM
**To:** santiagojuarezlaw@gmail.com; Santiago Juarez (santiago@santiagojuarezlaw.com); Cheryl Mclean

(chrymcln@cs.com)
**Cc:** Cash, Paul
**Subject:** Estate of Jerry Perea

Mr. Juarez and Ms. McLean

Please see the attached letter in regards to Plaintiffs' Initial Disclosures and scheduling witness interviews.

Stephanie M. Griffin
Assistant City Attorney
City of Albuquerque Legal Department
Litigation Division
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500

Note: This e-mail is confidential and it is intended solely for the use of those to whom it is addressed. It may contain information that is privileged and exempt from disclosures under the law. The unauthorized disclosure or interception of e-mail is a federal crime. See 18 U.S.C. § 2517(4). If you have received this e-mail in error or are not the intended recipient, do not distribute or copy. Please delete immediately and e-mail confirmation to the sender. Thank you.