# Griffin, Stephanie M.

| | |
|---|---|
| **From:** | Griffin, Stephanie M. |
| **Sent:** | Thursday, February 20, 2014 10:54 AM |
| **To:** | 'Julie Schobey' |
| **Cc:** | Santiago Juarez (santiago@santiagojuarezlaw.com); santiagojuarezlaw@gmail.com; Cheryl Mclean (chrymcln@cs.com) |
| **Subject:** | RE: Perea, et al v. City of Albuquerque, et al |

Thank you Julie. Will I also be getting all of the Plaintiffs' Initial Disclosures today?

---

**From:** Julie Schobey [mailto:Julie@santiagojuarezlaw.com]
**Sent:** Thursday, February 20, 2014 10:52 AM
**To:** Griffin, Stephanie M.
**Subject:** Perea, et al v. City of Albuquerque, et al

Stephanie –

Here are the releases signed. I am still waiting for Ms. Perea to come in and sign the rest of the releases. I will forward those once they are signed.

Please contact me if you have any questions.

Julie A. Schobey
Paralegal
1822 Lomas Blvd. NW
Albuquerque NM 87104
(505) 246-8499
(505) 246-8599 facsimile

*This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*



EXHIBIT C