**ALBUQUERQUE POLICE DEPARTMENT**

RE:            CASE #11-24789

RECORDING OF:  911 CALL FROM MERLINDA PEREA

DATE:          MARCH 21, 2011

```
 1        OPERATOR:  Albuquerque Police.  Operator 5144.
 2   How can I help you?
 3        MERLINDA PEREA:  Yes.  I am calling from 145
 4   Mescalero Road, Northwest.  My son is on very bad
 5   drugs.  And he's been picked up before.  I wish they
 6   would come and take him before he hurts us.
 7        OPERATOR:  Okay.  Has he threatened to hurt you?
 8        MERLINDA PEREA:  Well, he's like going crazy up
 9   and down the street and he's coming --
10        OPERATOR:  Now he is?
11        MERLINDA PEREA:  Yes.
12        OPERATOR:  What is he doing?
13        MERLINDA PEREA:  I don't know.  I'm afraid of
14   what he might do.
15        OPERATOR:  What is he doing right now?
16        MERLINDA PEREA:  Now he's walking back to the
17   back of his room.
18        OPERATOR:  Did he yell at you or something?
19        MERLINDA PEREA:  Yes.  And he threw something a
20   while ago.  And I'm scared that he's just really going
21   to come and hurt us.
22        OPERATOR:  His name?
23        MERLINDA PEREA:  Jerry Perea.
24        OPERATOR:  How old is Jerry?
25        MERLINDA PEREA:  Oh, God.  He's 38 already.
```

Case 1:13-cv-00263-CG-WPL   Document 48-1   Filed 08/22/14   Page 3 of 5

3

```
 1        OPERATOR:  How tall is he.
 2        MERLINDA PEREA:  Well, he's big.  He's like --
 3   how tall is he?  He's like 5'8", 5 -- he's big.
 4        OPERATOR:  Thin, medium, heavy?
 5        MERLINDA PEREA:  Big.  He's big.
 6        OPERATOR:  What color is his hair?
 7        MERLINDA PEREA:  Dark.
 8        OPERATOR:  His eyes?
 9        MERLINDA PEREA:  Brown.
10        OPERATOR:  Facial hair?  Beard, mustache,
11   goatee?
12        MERLINDA PEREA:  He's got a goatee.
13        OPERATOR:  What's he (inaudible)?
14        MERLINDA PEREA:  Very short.  A brown shirt and
15   Levi pants.
16        OPERATOR:  Where's he at right now?
17        MERLINDA PEREA:  He's in the back room now.  He
18   came from the street and he's in back -- the back
19   room.
20        OPERATOR:  Has he been doing drugs?
21        MERLINDA PEREA:  Yes.  Oh, yes.
22        OPERATOR:  What kind of drugs?
23        MERLINDA PEREA:  I have no -- you know what?  I
24   don't even think know what he's doing?
25        OPERATOR:  How about drinking alcohol?
```

*QuickScribe*
*Editing - Transcription - Proofreading*
*(505) 238-8726*

1  MERLINDA PEREA: No, I don't think he drinks
2  alcohol. But he's doing drugs. And I'd rather,
3  before something happens, I wish they'd --
4      OPERATOR: Does he have any weapons on him?
5      MERLINDA PEREA: No, I don't think so.
6      OPERATOR: What's your name?
7      MERLINDA PEREA: Merlinda Perea.
8      OPERATOR: What's your telephone number?
9      MERLINDA PEREA: 345-1964.
10     OPERATOR: All right. We'll get an officer out
11 there for you. Okay?
12     MERLINDA PEREA: Okay. You better send somebody
13 soon.
14     OPERATOR: Yeah, I'm going to get an officer
15 over there.
16     MERLINDA PEREA: Okay. Thanks.
17     OPERATOR: Bye.
18         (Conclusion of recording.)
19
20
21
22
23
24
25

```
 1  RE:  CASE NUMBER 11-24789
          911 CALL FROM MERLINDA PEREA
 2

 3

 4              TRANSCRIPTIONIST'S AFFIRMATION

 5       I HEREBY STATE AND AFFIRM that the foregoing is
 6  a correct transcript of an audio recording provided to
 7  me and that the transcription contains only the
 8  material audible to me from the recording and was
 9  transcribed by me to the best of my ability.
10       IT IS ALSO STATED AND AFFIRMED that I am neither
11  employed by nor related to any of the parties involved
12  in this matter other than being compensated to
13  transcribe said recording and that I have no personal
14  interest in the final disposition of this matter.
15       DATED this ____ day of June 2011.
16
17                         _____
                              Kelli A. Gallegos
18
```