IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


MERLINDA PEREA, and FRANCINE PUENTES,
Co-Personal Representatives of the
Wrongful Death Estate of JERRY PEREA and
ON BEHALF OF THE MINOR, BP

       Plaintiffs,
-vs-                NO:  CIV 13-263 RB-RHS


CITY OF ALBUQUERQUE,
ALBUQUERQUE CITY POLICE,
APD OFFICER DAVID BACA and
APD OFFICER ANDREW JARAMILLO,

       Defendants.


DEPOSITION OF DAVID BRADFORD

      March 10, 2014
      9:23 a.m.
      Fourth Floor
      One Civic Plaza, Northwest
      Albuquerque, New Mexico

   PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, this deposition was:

TAKEN BY:  STEPHANIE M. GRIFFIN, ESQ.
          ATTORNEY FOR DEFENDANTS

REPORTED BY:  KENDRA D. TELLEZ
            CCR #205
            Kendra Tellez Court Reporting, Inc.
            Suite 1500
            300 Central, Southwest
            Albuquerque, New Mexico  87102


EXHIBIT F

**Page 17**

1  A. The date that it happened, I was sort of
2  upset because they kept me for so long. I wasted a
3  whole day just sitting in the cop car just waiting
4  on them to make these -- for me to make this
5  statement.
6  Q. Okay.
7  A. And so -- which I think was ridiculous to
8  keep me from there 9:00 until -- I didn't make it
9  back to my job till maybe 3:00 or something like
10 that there.
11 Q. Okay.
12 A. I was more upset than -- I wanted to just
13 get it over with. I just wanted to tell what I seen
14 and let me go back to my job.
15 Q. I get it.
16    But do you think that your memory was
17 fresher on that day?
18 A. Yes, it was. It was fresher on that day
19 than now.
20 Q. Okay. So when you saw the police with
21 this male, could you -- using either Exhibits 12,
22 13, or 14, and can you circle the area with the
23 green marker of where you first saw them. Whatever
24 exhibit would help you the best.
25 A. Do you want me to initial it?

**Page 18**

1  Q. You can just circle the general area of
2  where you first saw them.
3  A. Okay.
4  Q. And for the record, you just marked a
5  circle using the green marker on Exhibit Number 13?
6  A. Um-hmm.
7  Q. Is that a yes?
8  A. Yes.
9  Q. Okay. And the reason why I'm kind of
10 correcting you to say yes or no is because we have a
11 court reporter here. We need to make sure that it's
12 clear as to what you're saying.
13    And in this area that you marked with the
14 green marker on Exhibit 13, what did you first
15 notice when you saw this interaction between police
16 and this male?
17 A. That they was trying to -- that they was
18 trying to handcuff him.
19 Q. Did you see where the male had come from?
20 A. No.
21 Q. Did you even notice where the police had
22 come from?
23 A. No.
24 Q. You just --
25 A. I just happened to look over there and

**Page 19**

1  then there he was.
2  Q. Okay. And you mentioned earlier that you
3  believe that this male was resisting. Can you
4  describe what he was doing?
5  A. He was resisting by -- how should I put
6  it? You know how they handcuff you and all that,
7  and he wouldn't let them grab his arms or -- and
8  eventually they -- he winded up on his back -- you
9  know, winded up on his back on the pavement there
10 and they was still trying to handcuff him. And it
11 took a while for them to obtain him. One while he's
12 okay, they still didn't handcuff him, and the other
13 while he's just -- he turns over on his stomach and
14 he's -- you know, he wouldn't let them just
15 apprehend him.
16 Q. Okay. And what were the officers doing to
17 try to handcuff him, from your perspective?
18 A. They tried putting him in maybe a headlock
19 and one tried to pull his arm behind his back and
20 vice versa. And I heard one officer was telling
21 him, "Please don't resist. Please don't resist,"
22 and he was just -- you know, he was just -- he was
23 not being very cooperative about it.
24 Q. Did you hear the male who was -- the
25 officers were trying to handcuff, did you hear him

**Page 20**

1  say anything?
2  A. The officer?
3  Q. No, the male whom the officers were trying
4  to handcuff?
5  A. Mostly groaning and -- mostly groaning
6  that he didn't want to be -- you know, like "uh-uh,"
7  and, you know, just -- he really wasn't saying too
8  much that you could understand.
9  Q. All right. Did you see any of the
10 officers use any weapons against him?
11 A. No. I want to think during that
12 altercation that one of the two -- one of the
13 officers Tased him, but now which one Tased him or
14 was he Tased, I really, really don't know.
15 Q. Did you see the male getting Tased?
16 A. No, I didn't.
17 Q. What makes you think that a Taser may have
18 been used during this event?
19 A. Because after that, the ambulance came
20 and -- yeah, the rescue came and they was taking
21 some wires out of his side, or whatever, so I
22 figured that. I don't know which one Tased him
23 or -- I figured it was a Taser that they -- now,
24 what officer did it, I don't know.
25 Q. Do you have any sense of how long it took