IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MERLINDA PEREA, and FRANCINE PUENTES,
Co-Personal Representatives of the
Wrongful Death Estate of JERRY PEREA and
ON BEHALF OF THE MINOR, BP,

        Plaintiffs,
-vs-                NO:  CIV 13-263 RB-RHS

CITY OF ALBUQUERQUE,
ALBUQUERQUE CITY POLICE,
APD OFFICER DAVID BACA and
APD OFFICER ANDREW JARAMILLO,

        Defendants.


           DEPOSITION OF ALBERT RIVERA

              March 12, 2014
              1:03 p.m.
              Fourth Floor
              One Civic Plaza, Northwest
              Albuquerque, New Mexico

    PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, this deposition was:

TAKEN BY:   STEPHANIE M. GRIFFIN, ESQ.
            ATTORNEY FOR DEFENDANTS

REPORTED BY:  KENDRA D. TELLEZ
            CCR #205
            Kendra Tellez Court Reporting, Inc.
            Suite 1500
            300 Central, Southwest
            Albuquerque, New Mexico  87102


EXHIBIT H

Page 9

1  Q. At any time during this event did you
2  notice whether or not the officers used any weapons
3  or tools?
4  A. I believe it was the -- I don't know which
5  one at the time. It was the younger police officer
6  had a Taser gun and he Tasered him while the older
7  officer had -- had him embraced, tried to hold him
8  down. That's when the younger cop came in and
9  Tasered him.
10  Q. How did you recognize the Taser? Had you
11  seen a weapon like that before?
12  A. Yeah, I've seen it before.
13  Q. In what context?
14  A. Just television, you know, things like
15  that.
16  Q. When you saw the Taser, at what point
17  during this event did you see the Taser being
18  brought out?
19  A. I would say within a couple of seconds
20  from the first officer wrestling with the guy. The
21  second one came in with his Taser and Tasered the --
22  I guess the perpetrator, whatever it is, the
23  bicyclist, and that's when I noticed -- you could
24  see the strings hanging out of the gun from where
25  the second officer was.

Page 10

1  Q. Did you actually witness an officer fire
2  the Taser, the strings out of the Taser?
3  A. Yeah.
4  Q. Okay.
5  A. It was the younger officer. I don't know
6  their names, but . . .
7  Q. How was the bicyclist acting just prior to
8  the Taser being deployed?
9  A. He seemed kind of scared, like he was just
10  trying to get away, trying to, you know, just remove
11  himself from the police officer at the time. Just
12  trying to, I guess, run. And he ended up -- well,
13  when the officer Tasered him, it just kind of -- you
14  really -- I honestly didn't see much of a change in
15  the way the -- the bicyclist's behavior. I would
16  have suspected that the Taser would have -- you
17  know, he would have felt -- been motionless and all
18  this other stuff, basically immobile, try not to
19  move. But he was still wrestling with the police
20  officer.
21  Q. Had he been wrestling with the police
22  officer prior to him being Tased?
23  A. Yes.
24  Q. Okay. Do you recall if he was either
25  swinging or kicking at any of the officers at any

Page 11

1  point during this event?
2  A. I guess if you would say he was trying to
3  motion his arms to get him off of him, you know, to
4  just break free of the embrace. I don't know if
5  that's swinging at him or swinging away from him.
6  You know, just basically trying to break the hold
7  that the officer had on him.
8  Q. Do you recall any kicking?
9  A. From the bicyclist?
10  Q. Yes.
11  A. No -- I probably couldn't see that part
12  from the waist down, because Richard's vehicle was
13  in between my -- my view from the building and from
14  where he was wrestling with him.
15  Q. Okay. What I'm going to do, I'm going to
16  mark as Exhibit 2 to your deposition, which is a
17  Google map photo.
18     (Exhibit 2 Marked for Identification.)
19  Q. Do you recognize what's depicted in that
20  photo?
21  A. Yes.
22  Q. And what is it?
23  A. It's my business.
24  Q. Okay. And what I'd like for you to do, if
25  you could use this green marker and circle the area

Page 12

1  of where you were positioned when you saw this event
2  take place.
3  A. I was inside the building, probably in
4  this area.
5  Q. Okay. And where you've circled, is that
6  kind of like the lobby area?
7  A. Yes, it is.
8  Q. And can you circle -- what I'd like for
9  you to do instead of circle is write the word
10  "Officers" and -- plus "JP" where you believe the
11  officers and Mr. Perea were.
12  A. They were in this area here, against this
13  fence. This is where they -- and JP was with them
14  right here.
15  Q. Okay.
16  A. Against the fence line.
17  Q. Just because I can't see upside down.
18     Did you change positions at all from where
19  you indicated on this photograph during this event?
20  A. No, we were in the lobby the whole time.
21  Q. Now, what I'd like to do is if you could
22  turn to Exhibit 1, page 4.
23  A. Okay.
24  Q. And starting at line 2 on page 4, if you
25  could read from line 2 all the way down to line 25,