11-024789

 The University of New Mexico   Health Sciences Center
OFFICE OF THE MEDICAL INVESTIGATOR

MSC07 4040
1 University of New Mexico
Albuquerque, NM  87131-0001
Telephone (505) 272-3053
FAX (505) 925-0546

**Report of Findings**                                                6/1/2011

| | | | |
|---|---|---|---|
| Decedent | PEREA, JERRY | | |
| OMI # | 2011-02208 | Date of Birth | 6/23/1972 |
| Date report issued | | Date death pronounced | 3/21/2011 |
| Place Pronounced | Lovelace Medical Center, Downtown/ER | Time death pronounced | 1108 |
| County pronounced | Bernalillo | | |

Cause of Death

Manner of Death            Undetermined

| | |
|---|---|
| Date of Injury | 3/21/2011 9:34:00 AM |
| Place of Injury | business lots |
| Location of Injury | Albuquerque, Bernalillo NM 87107 |
| How Injury Occurred | Ingested/injected/inhaled illicit drug |

| | | |
|---|---|---|
| Autopsy performed by | Clarissa Krinsky, MD | Julie Adams, DO |
| Death Certificate signed by | Clarissa Krinsky, MD | |
| Deputy Medical Investigator | Janice Blevins | |

District Attorney      Bernalillo County DA
Law Enforcement    /APD Criminlistics-Ross Landovazo

----------------------------------------------------------------

For details concerning this death, contact the law enforcement agency listed, records section.

For copies of the Death Certificate, contact the Bureau of Vital Statistics, 1190 St. Francis Dr., PO Box 26110, Santa Fe, NM 87502.

Appropriate investigative reports are available from the Medical Investigator, as required by law.  Fees are assessed where required.  A review of the reports in the Albuquerque office of the Office of the Medical Investigator is available upon request.

All requests for reports are to be directed to:
    Office of the Medical Investigator
    MSC07 4040
    1 University of New Mexico
    Albuquerque, NM 87131-0001



DEFENDANT'S EXHIBIT J
PENGAD 800-631-6989