## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MERLINDA PEREA, AND**
**FRANCINE PUENTES, as**
**Co-Representatives of the Wrongful**
**Death Estate of JERRY PEREA**
**and ON BEHALF OF THE MINOR, BP,**

       **Plaintiffs,**

**vs.**

                                  **No. CIV 13-263 RB/RHS**

**CITY OF ALBUQUERQUE,**
**ALBUQUERQUE CITY POLICE,**
**APD OFFICER DAVID BACA and**
**APD OFFICER ANDREW JARAMILLO**

       **Defendants.**

## PLAINTIFFS' DISCLOSURE EXPERT WITNESSES

Plaintiffs Merlinda Perea and Francine Puentes, by and through their counsel of record,

Santiago E. Juarez and Cheryl McLean, and pursuant to Rule 26(a)(2), hereby discloses the

following retained experts who have been identified to provide testimony in this case.

    1.  Ernest Burwell
        Police Consulting
        P.O. Box 2083
        Thompson Falls, Montana 59873

        This witness will testify to personal knowledge and experience regarding the use of
tasers and the proper training of officers regarding the use of tasers. This witness will
also provide a written report regarding the incident in question which has brought this
complaint.

           Attached are the following:
                Curriculum Vitae,
                Listing of testimony at trial or by Depositions,
                Fee schedule.


EXHIBIT
M
PENGAD 800-631-6989

2. Doctor George R. Schwartz, MD
   P.O. Box 1968
   Santa Fe, NM 87501

This witness will testify to the injuries sustained by deceased Jerry Perea at the hand of
City of Albuquerque police officers. This witness will also provide other relevant
testimony.

Attached are the following:
   Curriculum Vitae,
   Listing of testimony at trial or by Depositions,
   Fee schedule.

Respectfully Submitted,

/s/ Santiago E. Juárez
Santiago E. Juárez, Esq.
Attorney for Plaintiff
1822 Lomas Blvd. NW
Albuquerque, NM 87104
(505)246-8499
(505)246-8599 facsimile
santiagojuarezlaw@gmail.com

And

Cheryl K. Mclean
Attorney for Francine Puentes
914 Lomas Blvd. NW
Albuquerque, NM 87102-1954
(505) 243-7343
(505) 243-5265 facsimile
chrymcln@cs.com

# Ernest Burwell
# Police/Canine/TASER/SWAT

I Joined the Los Angeles County Sheriff's Department in January 21, 1977 and retired August 14, 2004. After the academy I was assigned to Wayside Honor Ranch where I supervised inmates in maximum and minimum security, and supervise an inmate work crew taking care of the animals at the ranch. My next assignment was one which was not voluntary, and I was assigned to headquarters narcotics as an undercover buyer posing as a student at Pepperdine University in Malibu.

I returned to working the jails at Men's Central Jail in downtown Los Angeles, supervising inmates in a maximum security facility. My next assignment would be one of the toughest assignments on the Sheriff's Department. I was assigned to Lynwood as a patrol trainee. The area covered a large portion of South Central Los Angeles. I worked many different assignments at Lynwood Station such as jailer, watch deputy, traffic deputy, training officer, auto theft detective, and burglary detective.

I transferred several years later to Santa Clarita where I was a training officer. An unusual position came available which I transferred to. The position was in a rural area in the north end of Los Angeles County. The small town of Gorman had two resident deputies which had an area of over 350 square miles of area to patrol. The nearest back up was about an hour away. Interstate 5 is the main highway through California for travelers heading north. This assignment included a canine partner since the resident deputy works alone and all different hours.

After working Gorman with a canine, I transferred to the Special Enforcement Bureau, Canine Detail. My duties consisted of high risk felony suspect searches, armed misdemeanor suspect searches, article searches, SWAT calls, and training. While working as a canine handler, Aero Bureau asked me to assist them with a personnel shortage, knowing that I was a commercial helicopter pilot. I was transferred to Aero Bureau for one year. I returned to the canine unit which was decentralized for about one year and returned the Special Enforcement Bureau. I have been assigned to that position since.

## *Assignments*

01/1977  16 week academy, class 183

5/1977  Wayside Honor Ranch, Minimum Security, Main Central Jail

5/1978  Headquarters Narcotics Division, undercover buyer

6/1979  Lynwood Station, Patrol, Field Training Officer, Auto Theft Investigator, Burglary Detective.

4/1983  Santa Clarita Station, Field Training Officer

1/1984  Gorman Sheriff's Station, Canine handler, 350 Sq. mile rural area.

1/1986   Santa Clarita Station Canine handler

1/1987   Special Enforcement Bureau, Canine handler and assist SWAT

4/1988   Aero Bureau, Observer and Pilot, certified in reciprocating and turbine helicopters, commercial helicopter pilot.

1/1989   Lennox Sheriff's Station, Canine handler and assist SWAT

1/1990   Special Enforcement Bureau, Canine handler, Trainer, and assist on SWAT calls and warrant services

## Patrol Training

1/1984   AR-15 training

1/1985   Off road vehicle driving

9/1989   Tactical communication

6/1991   Special Enforcement Bureau weapons training

4/1993   Benelli Automatic shotgun training

3/1991   Handling mentally ill persons

4/1994   Chemical agents

4/1994   Arwin training

4/1994   Sting ball training

4/1994   Diversionary device training

4/1994   Taser training

5/1993   Special Enforcement Bureau weapons training

7/1993   Special Enforcement Bureau weapons training

9/1996   Code 3 driving

9/1996   Sexual harassment training

1/1998   Oleoresin Capsicum training

5/2000   Vehicle pursuits and tactics

6/2001   Taser instructor training, Instructor Certification # 010626138631412871346C

2/2003   MP-5 training

12/2003  Medical services training

## Canine Training and Education

5/1984   Los Angeles County Sheriff's Department basic canine training class, 160 hrs

4/1985   Canine seminar at San Simeon, 3 days

Monterey Park P.D.

Inglewood P.D.

San Diego S.D

Shasta County S.D.

Ontario P.D.

Culver City P.D

L.A.P.D.

Ventura S.S and P.D.

Long Beach P.D.

Hawthorne P.D.

Fresno P.D.

El Monte P.D.

Burbank P.D.

Montebello P.D.

Railroad P.D.

San Fernando P.D.

Monrovia P.D.

## Canine Searches Conducted

1984 to 2004

4000 area and building searches

50 missing person searches

10 dead body searches

500 SWAT calls

100 warrant services

1000 apprehensions

## Studied

USPCA

Survey of Southern Police Departments using canines and the use of force

Bite ratios

Find ratios

Persons killed by canines, Robinette vs. Tennessee

POST

Bark and guard theory

Find and bite theory

Ways to compile canine statistics

## Reading materials

Glen R. Johnson, Book of Tracking

Scent, Milo D. Pearsall

Police Product News

Training, The Manual, Cornel Conrad Most

## Commendations

100 felony suspect search commendations for tactics

25 demo

10 citizens

50 various

## Bi monthly and weekly scheduled canine training hours

5000 hours

## Daily training

2 hours per shift, 4 shifts per week, for over 20 years

## Collateral duties

Taser instructor

Maintain computer input of canine statistics

Canine POST evaluator

Maintain weapons training with SWAT

Generate monthly report to the Sheriff regarding all canine activity

Train newly assigned supervisors to canine unit

## Articles written

Reprogramming the radio

Find and bite vs. find and bark

In house training

The canine training manual

Working canines in SWAT lecture

## Canine Vehicles

Installed and wired the canine vehicles so audio prerecorded canine announcements could be played from a cassette over the public address system in Spanish and English. This allowed suspects to surrender and residents to go in their homes for safety.

## Super Sock Bean Bag

Conducted test firings of the CTS Super- Sock 12 gauge projectile at various distances. The tests were recorded using high speed photography.

I assisted the Los Angeles County Sheriff's Department Training Bureau testing the bean bag and 37 mm Arwin by receiving shots.

# Ernest Burwell

### Police Consulting

P.O. Box 2083

Thompson Falls, Montana 59873

### 406-531-9223

ewbk94@gmail.com

## Prior expert testimony for Ernest Burwell:

During my nearly thirty year career with the Los Angeles County Sheriff's Department, I have testified in numerous criminal and civil trials which were required by the Sheriff's Department. I have been qualified as an expert witness regarding Canine, Taser, Super Sock Bean Bag, Less Lethal, and Police Use of Force in Federal and State Courts. I have testified in the following matters for the plaintiff by deposition or court trial testimony.

1. Gonzalez, Orlando Javier vs. City of Fresno, Case no. CIV-F-04-6371 Depo.

2. Heston, v. City of Salinas, Case no. C 05-03658 JW, Jury Trial. Federal Court. Taser.

3. Ontiveros, v City of Rosenberg, TX. Case no. 4:06-CV-3293, Depo

4. Flanagan, v. City of Gardena, Ca. Case no. CV06-5600 PSG (FMOX), Depo. Taser.

5. Overton, Michael v. City of Indianapolis, Indiana Case No. 1:06-CV-1513-DFH-VSS, Jury Trial. Federal Court. Taser, K9, Takedown.

6. England v Las Vegas MPD Case Number 2:07-cv-01238-PMP-GWF. Depo. Taser.

7. Bud Lee v. Metropolitan Government of Nashville/Davidson County, Tennessee, Case No. 3-06-108. Jury Trial. Federal Court. Taser.

8. Phillip v. County of Kern U.S.D.C. Case No. CIV-F-04-6729-AWI TAG. Jury Trial. Federal Court. Pepper Spray, K9, Baton, Takedown.

9. Tucker v Las Vegas MPD. CVS-S-05-1216-LDG-RJJ. Depo. Taser.

10. Walker v. Las Vegas MPD. Depo. Taser.

11. Momeni v. Orange County Sheriff's Department. Superior Court Case No.06CC12033. Jury Trial. Bean Bag, K9.

12. Parks V Davis Police Department. Superior Court Case Number 06-02953. Jury Trial. K9.

13. Mills v Hamden Connecticut. Taser. Number 3:07 CV 01685 CFD, Depo.

Very truly yours,

Ernest Burwell

# Ernest Burwell

## Police Consulting

P.O. Box 2083

Thompson Falls, Montana 59873

### 406-531-9223

ewbk94@gmail.com

My Fee Schedule is as follows:

Travel expenses as actually incurred, such as: lodging, reasonable meals, and flight/driving costs. Reimbursement may be required for loss of pay due to closing my business for this service.

- All case review, consulting, and writing of expert opinions (such as Rule 26 reports) at $250.00 per hour.

- All testimony (either at trial or deposition) at $250.00 per hour, with a four hour minimum required.

- A non refundable retainer fee of $3000.00 when initially retained which is used against the above listed fees. Subsequent billings at the rates specified.

There is no formal contract required. My Federal Tax ID Number is ███████

Very truly yours,

*Ernest Burwell*

Ernest Burwell

*2005*

# CURRICULUM VITAE

## GEORGE R. SCHWARTZ, M.D.

**ADDRESS:** P.O. Box 1968
Santa Fe, New Mexico 87501

## EDUCATIONAL BACKGROUND:

| | |
|---|---|
| 1959-63 | Hobart College, Geneva, New York, BS, Chemistry (Honors) |
| 1963-67 | Downstate Medical Center, State University of New York, Brooklyn, New York, Magna Cum Laude, Alpha Omega Alpha |
| 1967-68 | King County Hospital, Seattle, Washington; Internship (Rotating) Concomitantly Instructor, Department of Medicine, University of Washington School of Medicine |
| 1968-69 | Hillside Hospital, Glen Oaks, New York; Residency: Psychiatry |
| 1971-72 | Indiana University Medical Center, Indianapolis, Indiana; Residency: Surgery |

## MILITARY SERVICE:

| | |
|---|---|
| 1969-71 | Flight Surgeon, USAF, Captain |

## BOARD CERTIFICATION:

| | |
|---|---|
| 1979 | American Board of Family Practice |
| 1985 | American Board of Emergency Medicine |
| 1995 | Recertification ABEM |

## LICENSURE:

New Mexico ◆ New York ◆ California ◆ Pennsylvania ◆ New Jersey
(inactive)

## POSITIONS HELD:

| | |
|---|---|
| 1968-69 | Admitting and Emergency Physician (half-time) Coney Island Hospital, Brooklyn, NY |
| 1969-71 | United States Air Force: Captain, USAF, Flight Surgeon, Chief Aerospace Medicine, Director/Base Medical Services, Kirtland Air Force Base, Albuquerque, New Mexico Included Aviation Medicine, Occupational Medicine, Lasers, Radiation. Responsible for pilot health in multi-faceted air-research base. (F-4, 104, 105, 15, B-52, helicopters, C-29) |

| | |
|---|---|
| 1970-71 | Emergency Physician Presbyterian Hospital, Albuquerque, New Mexico; St. Joseph Hospital, Albuquerque, New Mexico |
| 1972-74 | Director, Emergency Services; Assistant Director, Emergency Medicine Program; Instructor in Emergency Medicine, the Medical College of Pennsylvania, Philadelphia, Pennsylvania (Helped to develop the first Emergency Medicine Residency Program which included establishing all teaching rotations and liasons with other clinical departments. Director Emergency Department Level One Trauma Center with patient visit of 40,000 to 50,000 per year.) |
| 1974-76 Medical Emergency | Director, Emergency Medicine, West Jersey Hospital (three divisions), Co-Director, Northeastern Emergency Medical Services, Instructor in Emergency Medicine, College of Pennsylvania. Establishment of a democratic three hospital Department Group with full billing systems and "TQM" |
| 1976-77 Brotman CA | Private Practice, writing, teaching and clinical research. Emergency Medicine, Memorial Hospital, Culver City, CA, Santa Monica Hospital, Santa Monica, |
| 1978-83 Family, Medicine, EMS | Director, Division of Emergency Medicine; Associate Professor, Department of Community and Emergency Medicine, University of New Mexico School of Albuquerque, New Mexico (included direction of Emergency Department, Academy which trained all paramedics statewide, aero-medical support, and all Student/Resident teaching. Established new residency program in Emergency Medicine. Level One Trauma Center with more than 45,000 visits yearly.) |
| 1983-85 | Emergency Physician; hospital facilities throughout New Mexico |
| 1985-1992 | Los Alamos Medical Center Emergency Department, Los Alamos, NM (until 1990); Emergency Medicine at other facilities; Medical Director, The Bridge Counseling Centers, Los Alamos, Santa Fe, and Espanola, NM; Private Practice, Santa Fe, NM. |
| 1992-1994 Medical Gallup Indian | Emergency Physician, Cannon AFB Hospital, Clovis, NM, Mercy Hospital and Center, Bakersfield, CA, Delano Regional Medical Center, Delano, CA; Medical Center |
| 1996- | Emergency Physician, VISTA Staffing, Rehobeth Christian Medical Center, Gallup, NM, Shiprock Regional Medical Center, Shiprock, NM, Gallup Indian Hospital, Gallup, NM, Clovis Regional Medical Center, Sierra Medical Center (Truth or Consequences, NM), Cibola Regional Medical Center (Grants, NM). Private Practice (Santa Fe, NM). |

## ORGANIZATIONS( Charter or Founding Member):

Founding Member: American Trauma Society
Charter Member: American College of Emergency Physicians (President, NM Chapter, 1980-81)
Founding Member/First Secretary: American Academy of Emergency Medicine (Elected for two

terms. Elected chairman AAEM - PAC, 1999. Elected Board of Directors AAEM 1999.)

## COMMUNITY ACTIVITIES:

| | |
|---|---|
| 1973-74 | Chief of Medical Services, SCAA events, Pocono International Raceway |
| 1974 | Emergency Care Committee, Philadelphia County Medical Society, Chairman of Disaster Subcommittee |
| May 1974 | Hospital Coordinator for the City of Philadelphia Disaster Exercise; Director, Planning Committee, Disaster Exercise - Philadelphia International Airport |
| 1974-76 | Director, Camden County Poison Center, Camden County, New Jersey |
| 1975-77 | HSA Review Committee |
| 1979-82 | Medical Consultant—New Mexico Poison Center |
| 1979-81 | Provost Committee on Gerontology Development at the University of New Mexico, Albuquerque, NM |
| 1979 | Albuquerque and Bernalillo County Medical Association Disaster and Emergency Care Committee |
| 1980 | President, New Mexico Chapter of American College of Emergency Physicians |
| 1982 | Toxicology Committee, American College of Emergency Physicians and Liason Designate |
| 1987-Present | New Mexico Medical Society Medical/Legal Panel |

## SPECIAL TRAINING:

School of Aerospace Medicine, Brooks Air Force Base, Texas

Cardiopulmonary Resuscitation (CPR), Cardiopulmonary Cerebral Resuscitation (CPCR Instructor, Resuscitation Research Institute, Pittsburgh, PA

Aircraft Pilot, Radio Communications

FAA-Aviation Medicine Course. Designated Aviation Medical Examiner

## PATENTS:

Use of a pharmaceutical agent in male impotence. Patent granted, U.S. Patent Office, 1977
Emergency Resuscitation Brain Cooling Device - Patent granted 1998
Neuropoietin (remyelinating pharmaceutical agent) Patent pending 1999

**HONORS, AWARDS:**

Medical School: Magna Cum Laude, Alpha Omega Alpha Honor Society
Gallup Award: 1973
Giraffe Award: 1990
Listed in Who's Who in the World, Who's Who in America, Who's Who in Medicine,
    Who's Who in Science
Named to "2000 Most Influential Scientists of the 20th Century."

**FELLOWSHIPS:**

Fellow American College Emergency Physicians (FACEP) until 1996
Fellow American Academy of Emergency Medicine (FAAEM)

**PUBLICATIONS:**

Schwartz, GR: Systemic Use of Lidocaine, New England Journal of Medicine, 278:626, 1967.

Schwartz, GR: Loss of Physicians by Suicide, NEJM 276:1443-44, 1967.

Schwartz, GR: Dissecting Aortic Aneurysms, NEJM 286:780-81, 1972.

Schwartz, GR: Delivering Trauma Care, Med. World Press, pp. 10, Dec. 1, 1972.

Schwartz, GR: Acute Care Program at the Medical College of Pennsylvania, Hosp. Prac. 7:19, 1972.

Schwartz, GR: Medisystems, NEJM, 288:219, 1973.

Schwartz, GR: Flight Surgery, AMA News, pp. 5, Nov. 6, 1974.

Schwartz, GR: Man Power Present, Hos. Tribune, pp. 1 1, Jan. 1974.

Schwartz, GR: Political Problems in Emergency Medicine, Proceedings of the First Conference of Program Directors in
    Emergency Medicine, ACEP, Pub. 6, 1973.

Nucleus (USAF Publication) Drugs and Drug Abuse, 9:26, p. 2, 1979; 9:27, p. 4, 1970.

Biological Clocks, 9:10, pp. 3-4, 1970.

The Common Cold, 9:30, p. 8, 1970.

Wagner, DK, Schwartz, GR: Stab wound of the Neck, Emergency Medicine, 5:216-18, May 1973.

Wagner, DK, Schwartz, GR: Prolonged Epistaxis Following Nasal Trauma, Emergency Medicine, 5:192-195, June
1973.

Wagner, DK, Schwartz, GR: Pain in the Neck after Falling, Emergency Medicine,        5:157-59, July 1973.

Wagner, DK, Schwartz, GR: Jaw Injuries, Emergency Medicine, 5:60-62, August 1973.

Wagner, DK, Schwartz, GR: Blow from an Handlebar, Emergency Medicine, 5:10, October 1973.

Wagner, DK, Schwartz, GR: Dorsiflexion Injury to the Wrist, Emergency Medicine, 5:12, December 1973.

Wagner, DK, Schwartz, GR: Penetrating Wounds of the Abdomen, Emergency Medicine, 6(l):231-33, Jan.
    1974.

Wagner, DK, Schwartz, GR: Injury to the Lips and Oral Mucosa, Emergency Medicine, 6(3):278-79, March 1974.

Wagner, DK, Schwartz, GR: Injuries to the Teeth, Emergency Medicine. 6(4):298-99, April 1974.

Wagner, DK, Schwartz, GR: Rib Fractures, Emergency Medicine. 6:5, May 1974.

Wagner, DK, Schwartz, GR: Laceration of the Face, Emergency Medicine. 6(6):211-216, June, 1974.

Wagner, DK, Schwartz, GR: A Knife in the Back, Emergency Medicine, 6(8):127-28, August, 1974.

Wagner, DK, Schwartz, GR: The Abused Child, Emergency Medicine, 6(9):93-95, Sept. 1974.

Wagner, DK, Schwartz, GR: Trauma Triggered Labor, Emergency Medicine, 6(11):210-213, Nov. 1974.

Wagner, DK, Schwartz, GR: Frostbite, Emergency Medicine, 6(11):210-213, November, 1974.

Schwartz, GR, Nauman, L: Penetrating Trauma to the Chest, Heart and Great Vessels, JACEP, 2:3,          May-June, 1973.

Schwartz, GR, Nauman, L: Supraventricular Tachycardias, JACEP, 2:4, July-August, 1973.

Schwartz, GR, Nauman, L: Status Epilepticus, JACEP, 2:5, September-October, 1973.

Schwartz, GR, Nauman, L: Acute CVA, JACEP, 2:6, November-December, 1973.

Schwartz, GR, Nauman, L: Fat Embolism, JACEP, 3:1, January-February, 1974.

Schwartz, GR, Nauman, L: Acute Pulmonary Edema, JACEP, 3:2, March-April, 1974.

Schwartz, GR: Acute Pancreatitis, JACEP, 3:4, July-August 1974.

Schwartz, GR: Thyrotoxic Storm, JACEP, 4:1, January-February 1975.

Schwartz, GR: The Emergency Department Record, JACEP, 3:6, November-December 1975.

Schwartz, GR: Use of the Videotape in Emergency Medicine. Proceedings of the University Association of Emergency Medical Services 1973. Pub: ACEP.

Schwartz, GR, et al.: Psychological and Behavioral Responses of Hospital Staff Involved in the Care of the Critically 111, Critical Care Medicine, 2:48, 1974.

Schwartz, GR: Unresolved Questions about Full Time Physicians in Emergency Medicine (editorial answer),          J. Trauma, 14(10):892-893, October 1974.

Schwartz, GR: Psychic Numbing in the Emergency Department, Emergency Medicine Services, 4(l):31-32, 1975.

Schwartz, GR: Review of Rape: Victims of Crisis (book review), JACEP 4(l):83, January-February 1975.

Schwartz, GR: Emergency Department Administration (correspondence), JACEP 4(l):68-69, 1975.

Schwartz, GR: Effects of Noise Levels in Emergency Departments, NEJM (correspondence), 1975.

Schwartz, GR: Emergency Psychiatric Care, The Management of Mental Health Crises (book review), JACEP, 4(5):446,          September-October 1975.

Schwartz, GR: Parasympathetic and Sympathetic Responses Related to Sudden Death and Immediate Responses to Trauma, JACEP, October 1977.

Schwartz, GR: Use of Viscous Xylocaine in the Differential Diagnosis of Chest Pain, JACEP, January 1977.

Schwartz, GR: Geriatric Emergencies, Geriatrics, 35(6):32-33, June 1980.

Schwartz, GR: Academic Emergency Medicine: Stagnation?  Annals of Emergency Medicine, 9(12):646, December 1980.

CURRICULUM VITAE - George R. Schwartz, M.D.

Page 6

Schwartz, GR: Drugs and Relationship, Aspire, 69:3, p. 2-6, March 1984.

Schwartz, GR: Sounding an Alarm (Editorial), Emergency Medicine News, 16(2), February 1994.

Schwartz, GR: Sounding Another Alarm (Editorial), Am J Emerg Med, 12(2):254, March-April 1994.

Schwartz, GR: Pillars of Satisfaction (Letter to Editor), Am J Emerg Med, 12(3): May-June 1994.

Schwartz, GR: The New Healthcare Game (Letter to Editor), NEJM 336:1, Jan 2, 1997.

## FOOD, CHEMISTRY, AND TOXICOLOGY:

Schwartz, GR: Food Poisoning: Current Concepts, American College of Emergency Physicians Study Guide, 1981.

Schwartz, GR: Botulism, Uncommon Problems in Emergency Medicine, Michael 1. Greenberg, M.D., and James R. Roberts, M.D. (eds.) F.A. Davis Company, 1982, pp. 67-79.

Schwartz, GR: Botulism, Clinical Management of Poisoning and Drug Overdose, Haddad and Winchester (eds.) W. B. Saunders Co., 1983.

Schwartz, GR: In Bad Taste: The MSG Syndrome.  Health Press, 1988.

Schwartz, GR: In Bad Taste: The MSG Syndrome.  NAL/Signet, 1990.

Schwartz, GR: In Bad Taste: The Essential Update.  Health Press, 1990.

Schwartz, GR: In Bad Taste: The MSG Symptom Complex. Health Press, 1999.

Schwartz, GR: Restaurant Syndromes and "Food Toxidromes," American College of Emergency Physicians Study Course,      1990.

Schwartz, GR: Nutrasweet and Cancer.  Western Journal of Medicine, December 1999.

## EDITORIAL:

Co-Editor and co-initiator of "Trauma Rounds," 1973-1976. (This has become a monthly feature of the medical journal, Emergency Medicine.)

Editor: Geriatric Conference Series, 1980-1982. Geriatric Medical Journal. Harcourt Brace  Jovanovich Publishers.

## EDITORIAL BOARDS:

Annals of Emergency Medicine, 1973-1981.
Resident and Staff Physician, 1978-Present.

Emergency Medical Abstracts, 1978-1985.
Medical Examination Publishing Company, 1981-1987.
Reviewer for publishing companies regarding possible new medical textbooks.
Reviewer for Health Press, 1988-Present.

**BUSINESS:**

Partner, Brain Resuscitation Research, LLC
Partner, Healing Research Inc.
Partner, Allied Genomics

**TEXTBOOKS:**

Co-author with Dan Tandberg, M.D., Emergency Medicine Continuing Education Review, Medical Examination Publishing Company, lst ed. 1981, 2nd ed. 1985 Elsevier Publishing Company.

Schwartz, GR: Geriatric Emergencies, Brady & Co., Bowie, Maryland, 1984. (This book was co-edited with Gideon Bosker, M.D. and John Grigsby, M.D.)

Bosker G and Schwartz, GR: Geriatric Emergency Medicine. C.V. Mosby Co., 1990.

Chapters authored:
   Introduction to Geriatric Emergency Medicine
   Nutritional Emergencies
   Sepsis in the Elderly
   Family Dynamics

Schwartz, et al.: Acute Medicine and Surgery: The Essential Update, W.B. Saunders Co., 1989.

Bosker, et al.: *Emergency Medicine Therapeutics*, C.V. Mosby, 1995. Chapters authored: Food Poisoning and Anaphylaxis

Schwartz, et al: *Principles and Practice of Emergency Medicine,* 1st ed., W.B. Saunders Co., 1978, 2nd ed. W.B. Saunders Co., 1986, 3rd ed. Lea & Febiger, 1992, 4th ed. Lippincott/Williams & Wilkins, 1999.

This is a comprehensive two-volume textbook of Emergency Medicine. It has been translated into Portuguese, Japanese and other foreign rights were established. This also has been put into computer form.

Chapters authored or co-authored in First Edition:
   The Development of Emergency Medicine
   Evaluation of the Potentially Suicidal Patient
   Initial Evaluation of Acutely Injured Patients
   Trauma from Environmental Pressure Alterations
   Emergency Toxicology and General Principles of Medical Management of the Poisoned Patient
   The Work Environment

Chapters authored or co-authored in Second Edition:

Introduction
Abdominal Procedures
Categorization of Emergency Care Facilities
The Work Environment
Evaluation of Diarrhea in the Emergency Department
The Geriatric Patient: Overview
Evaluation of the Potentially Suicidal Patient
Acquired Immunodeficiency Syndrome

Initial Evaluation of Acutely Injured Patients
Selected Critical Pediatric Problems
Trauma during Pregnancy
Trauma from Environmental Pressure Alterations (Diving and Altitude Emergencies)
Near-Drowning
Nutritional Emergencies
Smoke Inhalation
Emergency Management of the Toxicologic Patient
Food Poisoning
Drug Abuse

Editor-in-chief, Principles and Practice of Emergency Medicine, 3rd Edition
This is a two volume textbook of approximately 3500 pages, Lea & Febiger, 1992

Chapters Co-authored or authored:
Introduction: Maturation of Emergency Medicine
Ethical Issues in Resuscitation
Diarrhea
Oncologic Emergencies
Pain Management in the Emergency Department
Management Issues in the Initial Treatment of Patients with Severe Trauma
Management of Head Injuries
Herpes Simplex Meningoencephalitis
Immunology in the Emergency Department: Failure of Host-Defense Mechanisms
The Sexually Assaulted Patient
Addends to Rape and Incest in Childhood and Adolescence
Pediatric Infectious Disease
Other Pediatric Emergencies
Asphyxiation, Sudden Infant Death Syndrome and Hyperpyrexia
Geriatric Emergency Medicine
Chest Pain in the Elderly
Sepsis in the Elderly
Evaluation of Falls and their Traumatic Consequences
Syncope and Mental Status Changes in the Elderly
Family Dynamics in Geriatric Crises
Diving and Altitude Emergencies
Near Drowning
Smoke Inhalation
Nutritional Emergencies
The Poisoned Patient: Overview and General Considerations
Drug Abuse

Food Poisoning
Emergency Department Management: The Work Environment
Occupational Medicine

*Principles and Practice of Emergency Medicine*, Fourth Edition, Williams and Wilkins, 1999. Editor in Chief and major contributor. Author or co-author of more than 50 chapters in this state-of-the-art comprehensive textbook of emergency medicine.

Pathophysiology of Dying and Reanimation        and    Cutaneous Abscesses, Necrotizing Fasciitis,
Shock
Sudden Death                                            Gas Gangrene
Brain Death and Organ Retrieval                        Sexually Transmitted Diseases
Ethical Issues in Resuscitation
Pain Management
Cricothyrotomy and Tracheotomy
Trans-Tracheal Ventilation
Food and Foreign Body Asphyxiation
Coin Ingestion
Imaging Techniques
Forensic Emergency Medicine                 Oncologic Emergencies
Tips for Evaluation of Trauma: Injury Patterns    Headache and Facial Pain
Head Injuries                               Facial Pain, Trigeminal Neuralgia and Tics
Spinal Injuries                             Syncope
Trauma to Neck                              Non-Traumatic Spinal Cord Syndromes
Thoracic Trauma                             Pruritis
Trauma in Pregnancy                         Purpura
Trauma in the Elderly                       Skin Infections
Pediatric Trauma                            Vesiculo-Bullous Eruptions
Evaluation of Chest Pain                    Acute Low Back Pain
Acute MI and Unstable Angina                Emergencies in Sports
Abdominal Pain - Evaluation                 Suicidal Patient (Contribution to Sub-chapter)
Appendicitis                                Pediatric Viral Infections
Diverticulitis                              Pediatric Dehydration, GI, Appendicitis, UTI,
Viral Hepatitis                                 Heme, Neurologic (meningitis)
Ano-Rectal Disorders                        SIDS and Apparent Life Threatening Events
Renal Failure                               Child Abuse
Urinary Tract Infections                    Geriatric Emergency Medicine
The Sexually Assaulted Patient              Mental Status Change
Patients at Higher Risk for Infection       Sepsis in Elderly
Fever and Sepsis                            Diving and Altitude Emergencies
Herpes Simplex Meningoencephalitis          Near-Drowning
Other Infections: Osteomyelitis, Tetanus,   Laser/Microwave Injuries
   Miliary TB, Coccidiomycosis,             Smoke Inhalation
Histoplasmosis,                             Heat Stress Disorders
      Blastomycosis                         The Poisoned Patient
   Diarrhea - Evaluation                    Drug Abuse and Toxicology
                                            Food Poisoning

EMS System and Trauma Survival
The Work Environment in Emergency
Medicine
Education in Emergency Departments
Appendix: Useful Tables for Emergency
    Medicine