IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MERLINDA PEREA, et al.,

    Plaintiffs,

v.   13cv263 CG/WPL

CITY OF ALBUQUERQUE, et al.,

    Defendants.

## ORDER

    I entered an Order Setting Settlement Conference on August 3, 2016, resetting the settlement conference in this case for August 29, 2016, at 8:30 a.m. in the Hondo Courtroom of the Pete V. Domenici United States Courthouse. (Doc. 134 at 1.) On August 29, 2016, Santiago E. Juarez, counsel for plaintiffs, appeared for the settlement conference at 8:50 a.m. I found that Mr. Juarez did not have a good excuse for his late appearance and fined him $100, payable to the Clerk of Court. This sanction is imposed solely against Mr. Juarez and may not be reimbursed by his client or considered a cost incurred in this case. "[I]f the fault lies with the attorney[], that is where the impact of the sanction should be lodged." *M.E.N. Co. v. Control Fluidics, Inc.*, 834 F.2d 869, 873 (10th Cir. 1987) (quoting *In re Sanction of Baker*, 744 F.2d 1438, 1442 (10th Cir. 1984)).

    IT IS SO ORDERED.

                                                             _____
                                                             William P. Lynch
                                                             United States Magistrate Judge