IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MERLINDA PEREA et al,

    Plaintiffs,

v.                               No. CIV 13-263 CG-WPL

CITY OF ALBUQUERQUE et al

    Defendants.

## STIPULATED ORDER DISMISSING DEFENDANTS DAVID BACA AND ANDREW JARAMILLO

**THIS MATTER** is before the Court upon communication with the parties. Plaintiffs Merlinda Perea and Francine Puentes as the Co-Personal Representatives of the Estate of Jerry Perea, by and through their attorneys of record, Santiago Juarez and Cheryl K. McLean, and Defendants David Baca and Andrew Jaramillo, by and through their attorney, Deputy City Attorney Stephanie M. Griffin, agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal with prejudice of David Baca and Andrew Jaramillo and dismissal of all claims asserted against these defendants with prejudice. The parties have also agreed to bear their own costs and fees as to the claims asserted against David Baca and Andrew Jaramillo.

    **IT IS HEREBY ORDERED** that based upon the stipulation of the parties, David Baca and Andrew Jaramillo and all claims asserted against these defendants are hereby **DISMISSED WITH PREJUDICE**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE