IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MERLINDA PEREA et al,

    Plaintiffs,

v.                                No. CIV 13-263 CG-WPL

CITY OF ALBUQUERQUE et al

    Defendants.

## STIPULATED ORDER DISMISSING DEFENDANT "ALBUQUERQUE CITY POLICE"

**THIS MATTER** is before the Court upon communication with the parties. Plaintiffs Merlinda Perea and Francine Puentes as the Co-Personal Representatives of the Estate of Jerry Perea, by and through their attorneys of record, Santiago Juarez and Cheryl K. McLean, and Defendant City of Albuquerque, by and through its attorney, Deputy City Attorney Stephanie M. Griffin, agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal with prejudice of the "Albuquerque City Police" and dismissal of all claims asserted against the "Albuquerque City Police" with prejudice as the parties have resolved all of their claims which they have brought and which they could have brought in this action. The parties have also agreed to bear their own costs and fees in this cause.

    **IT IS HEREBY ORDERED** that based upon the stipulation of the parties, the "Albuquerque City Police" and all claims asserted against the "Albuquerque City Police" are hereby **DISMISSED WITH PREJUDICE**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE